UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


**Mill's Pride, L.P.,**

    **Plaintiff,**

**-v-**                                                    **Case No. 2:07-cv-990**
                                                            **JUDGE SMITH**
                                                            **Magistrate Judge Kemp**

**Miller Salvage, Inc.,** *et al.***,**

    **Defendants.**


## ORDER STAYING CASE

Pursuant to this Court's November 24, 2008 Order (Doc. 36) and the Mediator's Report to the Court and Amended Joint Stipulation of the Parties (Doc. 35) and the Joint Stipulation of the Parties (Doc. 31), this matter is **STAYED**. The parties shall continue with the limited discovery as set forth in the aforementioned documents to further a potential settlement of this case. If not settlement is reached, the parties shall file a notice with the court if they want to remove the stay and proceed with litigation.

    **IT IS SO ORDERED.**


                                                    */s/ George C. Smith*
                                                    **GEORGE C. SMITH, JUDGE**
                                                    **UNITED STATES DISTRICT COURT**